**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

v.

**GARY LOCKETT,**

      Defendant.

CASE NO. 7:11-CR-28 (HL)

**ORDER**

This case is before the Court on Defendant's Motion for Reconsideration (Doc. 37). As stated in open court during the pretrial conference held on December 20, 2011, the Motion for Reconsideration is denied. The Court finds that there was both probable cause and exigent circumstances sufficient for the officers to enter Defendant's residence without a warrant on February 3, 2011. There is no reason for the Court to reconsider its order denying Defendant's motion to suppress.

The trial of this case will begin on January 17, 2012 at 9:30 a.m. in Valdosta, Georgia.

**SO ORDERED**, this the 21st day of December, 2011.

                                        */s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh